1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LEANDRO XAVIER OLIVEIRA,                    No.  1:25-cv-1760 WBS AC P

12                        Petitioner,

13          v.                                     ORDER

14    SERGIO ALBARRAN, et al.,

15                        Respondents.

16

17          Petitioner, proceeding through counsel, has filed a petition for a writ of habeas corpus

18    pursuant to 28 U.S.C. § 2241.  This proceeding was referred to this court by Local Rule 302

19    pursuant to 28 U.S.C. § 636(b)(1).

20          On December 18, 2025, the court issued a minute order adopting the parties joint

21    proposed briefing schedule.  ECF No. 12.  Respondents were given until January 16, 2026, to file

22    their answer/opposition to the petition, and petitioner was given until January 30, 2026, to file a

23    traverse/reply.  Id.

24          Four days later, petitioner filed a first amended petition for writ of habeas corpus.  ECF

25    No. 13.  Respondents' have not filed their answer/opposition.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.  Within fourteen days from the date of this order, respondent's shall file their

28    answer/opposition to the petition for writ of habeas corpus.

1        2.  Petitioner shall file any traverse/reply within seven days from the service of

2    respondents' answer/opposition.

3    DATED: January 26. 2026

4    ALLISON CLAIRE

5    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28